### 19282. LOWRY *v.* THE STATE.

BROYLES, C. J. The evidence was not sufficient to authorize the defendant's conviction of the offense charged, and the refusal to grant a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 11, 1928.

*J. L. Wallace, Porter & Mebane,* for plaintiff in error.
*J. F. Kelly, solicitor-general,* contra.